ACCEPTED
03-14-00131-CV
3664150
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/6/2015 12:17:59 PM
JEFFREY D. KYLE
CLERK

# CHAMBERLAIN ♦ MCHANEY

### ATTORNEYS AT LAW

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/6/2015 12:17:59 PM
JEFFREY D. KYLE
Clerk

Reply to:     P.O. Box 684158
Austin, Texas  78768-4158
301 Congress Avenue, 21st Floor
Austin, Texas  78701
(512) 474-9124
Fax (512) 474-8582

San Antonio Office
310 South St. Mary's, Suite 1815
San Antonio, Texas  78205
(210) 227-3333
Fax (210) 227-3334

*WRITER'S EMAIL: tpoteet@chmc-law.com*

January 6, 2015

Mr. Jeffrey D. Kyle
Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas  78711-2547

> **Re:    Court of Appeals Number:     03-14-00131-CV**
> **Trial Court Case Number:     D-1-GN-10-002006**
>
> **Style: *Zbranek Custom Homes, Ltd. v. Allbaugh***

Dear Mr. Kyle:

The undersigned will appear for oral argument on behalf of Appellant, Zbranek Custom Homes, Ltd., on January 28, 2015, at 1:30 PM, according to the Court's letter of January 5, 2015.

                                        Very truly yours,

                                        /s/ Tim Poteet

                                        Tim Poteet

TP/sh


cc:

Ms. Suzanne C Radcliff
Cozen O'Connor
1717 Main St Ste 3400
Dallas, TX 75201-7335